

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Anthony Austin Metts,

Vs. No. 11-13-00204-CR

The State of Texas,

\* From the 385th District
Court of Midland County,
Trial Court No. CR29170.

\* July 16, 2015

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.